1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TIMOTHY THOMPSON,

        Plaintiff,                    No. CIV S-10-0279 KJM P

     vs.

RUSSELL W. MILLER, JR.,

        Defendant.             <u>ORDER</u>

_____/

         Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983 together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  However, the certificate portion of the request which must be completed by plaintiff's institution of incarceration has not been filled out.  Also, plaintiff has not filed a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint.  <u>See</u> 28 U.S.C. § 1915(a)(2).  Plaintiff will be provided the opportunity to submit a completed in forma pauperis application and a certified copy in support of his application.

/////

/////

/////

1          In accordance with the above, IT IS HEREBY ORDERED that:

2          1.  Plaintiff shall submit, within thirty days from the date of this order, a

3    completed affidavit in support of his request to proceed in forma pauperis on the form provided

4    by the Clerk of Court;

5          2.  The Clerk of the Court is directed to send plaintiff a new Application to

6    Proceed In Forma Pauperis By a Prisoner; and

7          3.  Plaintiff shall submit, within thirty days from the date of this order, a certified

8    copy of his prison trust account statement for the six month period immediately preceding the

9    filing of the complaint.  Plaintiff's failure to comply with this order will result in a

10   recommendation that this action be dismissed without prejudice.

11   DATED: February 11, 2010.

12   _____

13   U.S. MAGISTRATE JUDGE

14   /kly
     thom0279.3c+new

15

16

17

18

19

20

21

22

23

24

25

26